Jeffrey D. Winchester, Bar # 10279
jeffrey.winchester@jacksonlewis.com
Dustin L. Clark, Bar # 10548
dustin.clark@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway
Suite 450
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

Attorneys for Defendant
Regis Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBLE GUBLER, <br><br> Plaintiff, <br><br> v. <br><br> REGIS CORPORATION, an entity form unknown; DOE INDIVIDUALS 1 through 300, and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1 through 300 inclusive, <br><br> Defendants. | Case No.: 2:11-cv-00118-LDG-RJJ <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

_____
Jeffrey D. Winchester
Dustin L. Clark
3960 Howard Hughes Pkwy., #450
Las Vegas, NV 89160
Attorney for Defendant

_____
Phillip J. Trenchak
3470 E. Russell Rd., #215
Las Vegas, NV 89120
Attorney for Plaintiff

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated:

4844-1092-8394, v. 1

-1-